# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-1567 (PAM/BRT)<br><br>STIPULATION RE EXPANSION OF TIME TO FILE ANSWER AND TO SERVE STATE FARM'S INITIAL DISCLOSURE DOCUMENTS |

The parties hereby stipulate that Defendant State Farm Life Insurance Co. may have until Wednesday, December 16, 2020 to answer Plaintiff's Complaint in the above-entitled case and until Wednesday, December 30, 2020 for Defendant State Farm to produce documents described in its Rule 26(a)(1) disclosures.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 15, 2020              Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/Karen Hanson Riebel*
Karen Hanson Riebel (MN # 0219770)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55418
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
khriebel@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

**MILLER SCHIRGER LLC**

*/s/ Joseph M. Feierabend*
John J. Schirger, MO # 60583 (*pro hac vice*)
Matthew W. Lytle, MO #59145 (*pro hac vice*)
Joseph M. Feierabend, MO #62563 (*pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone:  (816) 561-6500
Facsimile:   (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682 (*pro hac vice*)
Ethan Lange, MO # 67857 (*pro hac vice*)
Lindsay Todd Perkins, MO # 60004 (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:  816-714-7100
Facsimile:   816-714-7101
siegel@stuevesiegel.com
lange@stuevesiegel.com
perkins@stuevesiegel.com

2

**MORGAN & MORGAN**
John Yanchunis FL # 324681 (*pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   813-275-5272
Facsimile:    813-222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*

 */s/ Todd A. Noteboom* _____
Todd A. Noteboom (#0240047)
Attorney for Defendant
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1894
Facsimile: 612.335.1657
E-mail: todd.noteboom@stinson.com

Jeremy A. Root
Admitted pro hac vice
Attorney for Defendant
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: 573.556.3609
Facsimile: 573.556.3635
Email: jeremy.root@stinson.com

CORE/2063187.0049/163778943.2