# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | Civ. No. 20-1567 (PAM/BRT)<br><br>**ORDER GRANTING STIPULATION FOR EXPANSION OF TIME TO FILE ANSWER AND TO SERVE STATE FARM'S INITIAL DISCLOSURE DOCUMENTS** |

This matter is before the Court on the Parties' Stipulation for Expansion of Time to File Answer and to Serve State Farm's Initial Disclosure Documents (ECF Dkt. 41).

Upon the Stipulation of the parties, IT IS THEREFORE ORDERED that the Stipulation Expansion of Time to File Answer and to Serve State Farm's Initial Disclosure Documents (ECF Dkt. 41) is hereby entered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____

_____
Honorable Becky R. Thorson

United States Magistrate Judge

1