# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | Civ. No. 20-1567 (PAM/BRT)<br><br>**ORDER GRANTING STIPULATION FOR EXPANSION OF TIME TO FILE ANSWER AND TO SERVE STATE FARM'S INITIAL DISCLOSURE DOCUMENTS** |

This matter is before the Court on the parties' Stipulation for Expansion of Time to File Answer and to Serve State Farm's Initial Disclosure Documents (Doc. No. 41).

IT IS HEREBY ORDERED that State Farm has until **December 16, 2020** to Answer Plaintiff's Complaint and until **December 30, 2020** to produce documents described in in its Rule 26(a)(1) disclosures.

Date: December 16, 2020           *s/ Becky R. Thorson*
                                  BECKY R. THORSON
                                  U.S. Magistrate Judge

1