IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 20-1567 (PAM/BRT)<br><br>STIPULATION RE MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE |

The parties hereby stipulate that the Court should modify the Amended Scheduling Order (Dkt. 37) to (1) extend the date by which State Farm Life Insurance Company must file its response brief to a motion for class certification (including class certification expert disclosures) by 10 days, from July 16, 2021 to July 26, 2021; (2) extend the date by which Plaintiff must file his reply brief in support of his motion for class certification (including class rebuttal certification expert disclosure) commensurately by 10 days, from August 26, 2021, if State Farm's requested 10-day extension is granted, to September 7, 2021; and (3) continue the hearing on the motion for class certification from August 26, 2021 to September 21, 2021 (or to a time shortly thereafter convenient for the Court).[1]

Per Local Rule 16.3, good cause exists for the proposed modification. Specifically, the Fourth of July holiday, and attendant travel plans of witnesses and counsel, present

---

[1] Although the Parties seek to extend the briefing schedule by 20 days, they seek to move the hearing back by 26 days to ensure compliance with the Court's Order on Dispositive Motions (Dkt. 15), which requires reply briefs to be filed 14 days prior to the scheduled hearing.

scheduling challenges that will make it difficult for State Farm to meet the current deadlines. Counsel have conferred cooperatively on this and agreed to the slight modification of the scheduled set forth herein. No deadlines, except for those referenced in this stipulation, will be impacted by this stipulated modification.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 3, 2021         Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/Karen Hanson Riebel*
Karen Hanson Riebel (MN # 0219770)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55418
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
khriebel@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

**MILLER SCHIRGER LLC**

*/s/ Joseph M. Feierabend*
John J. Schirger, MO # 60583 (*pro hac vice*)
Matthew W. Lytle, MO #59145 (*pro hac vice*)
Joseph M. Feierabend, MO #62563 (*pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone:  (816) 561-6500
Facsimile:   (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682 (*pro hac vice*)
Ethan Lange, MO # 67857 (*pro hac vice*)
Lindsay Todd Perkins, MO # 60004 (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   816-714-7100
Facsimile:   816-714-7101
siegel@stuevesiegel.com
lange@stuevesiegel.com
perkins@stuevesiegel.com

**MORGAN & MORGAN**
John Yanchunis FL # 324681 (*pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   813-275-5272
Facsimile:   813-222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*

 */s/ Todd A. Noteboom* _____
Todd A. Noteboom (#0240047)
Attorney for Defendant
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1894
Facsimile: 612.335.1657
E-mail: todd.noteboom@stinson.com

Jeremy A. Root
Admitted pro hac vice
Attorney for Defendant
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: 573.556.3609
Facsimile: 573.556.3635
Email: jeremy.root@stinson.com