UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | Civ. No. 20-1567 (PAM/BRT)<br><br>**ORDER GRANTING STIPULATION RE: MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |

This matter is before the Court on the Parties' Stipulation re: Modification of Class Certification Briefing Schedule (ECF Dkt. 45).

Upon the Stipulation of the parties, IT IS THEREFORE ORDERED that the Stipulation Re: Modification of Class Certification Briefing Schedule (ECF Dkt. 45) is hereby entered.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____

_____
Honorable Becky R. Thorson
United States Magistrate Judge

CORE/2063187.0049/167186168.1