# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | Civ. No. 20-1567 (PAM/BRT)<br><br>**ORDER GRANTING STIPULATION RE: MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |

This matter is before the Court on the Parties' Stipulation re: Modification of Class Certification Briefing Schedule (Doc. No. 45).

IT IS HEREBY ORDERED that the date by which State Farm Life Insurance Company must file its response brief to a motion for class certification (including class certification expert disclosures is extended to **July 26, 2021**, and the date by which Plaintiff must file his reply brief in support of his motion for class certification (including class rebuttal certification expert disclosure) is extended to **September 7, 2021**. Counsel is to contact Judge Magnuson's Chambers for a hearing date on the motion for class certification.

Date: June 4, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
U.S. Magistrate Judge