UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, | Civ. No. 20-1567 (PAM/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| State Farm Life Insurance Company, | |
| Defendant. | |

This matter is before the Court on Plaintiff's letter requesting an increase in the word-count limit for the parties' class-certification briefing. (Docket No. 48.)

Two days before his supporting memorandum is due, Plaintiff seeks the Court's permission to use up to 18,000 words for his briefing. See D. Minn. L. R. 7.1(f)(1)(D). Plaintiff claims that the issues are complex, but the Court has previously considered them in ruling on a dispositive motion. (Docket No. 40.) Thus, a fifty-percent increase in the word limit is not warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's request to exceed the word-count limit (Docket No. 48) is **GRANTED in part**; and

2. The parties' submissions may not exceed 15,000 words.

Dated: Wednesday, June 16, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge