UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No. 20-cv-1567 (PAM/BRT) |

## NOTICE OF HEARING ON
## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**PLEASE TAKE NOTICE** that Plaintiff John E. Jaunich will bring his motion for class certification for hearing before the Honorable Paul A. Magnuson, United States District Judge, District of Minnesota, on September 28, 2021 at 10:00 a.m.  At the direction of the Court, the hearing will be in-person or via Zoom.

Dated: June 16, 2021

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/ Karen Hanson Riebel
Karen Hanson Riebel (MN #0219770)
Kate M. Baxter-Kauf (MN #392037)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel:   (612) 339-6900
Fax:   (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

560268.1

**MILLER SCHIRGER LLC**

/s/ Joseph M. Feierabend
John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
4520 Main Street, Suite 1570
Kansas City, MO  64111
Tel:    (816) 561-6500
Fax:   (816) 561-6501

**STUEVE SIEGEL HANSON LLP**

Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
Ethan M. Lange (Tex. Bar No. 24064150)
lange@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel:    (816) 714-7100
Fax:   (816) 714-7101

**MORGAN & MORGAN**

John Yanchunis (admitted *pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, FL  33602
Tel:    (813) 275-5272
Fax:   (813) 222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*