**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated, | Case No. 20-cv-1567 (PAM/BRT) |
| Plaintiff, | |
| v. | |
| STATE FARM LIFE INSURANCE COMPANY, | |
| Defendant. | |

**MEET AND CONFER STATEMENT REGARDING**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Joseph M. Feierabend, one of the attorneys for Plaintiff John E. Jaunich, hereby certifies that he and Karen Hanson Riebel as counsel for Plaintiff met and conferred via teleconference with Todd A. Noteboom, counsel for Defendant, on June 15, 2021, regarding whether Defendants would agree to the relief requested by Plaintiff's Motion for Class Certification. The parties did not reach an agreement regarding Plaintiff's motion for certification.

560262.1

| | |
|---|---|
| Dated: June 16, 2021 | Respectfully submitted, |

                                          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                          s/ Karen Hanson Riebel
                                          Karen Hanson Riebel (MN #0219770)
                                          Kate M. Baxter-Kauf (MN #392037)
                                          Maureen Kane Berg (MN #033344X)
                                          100 Washington Avenue South
                                          Suite 2200
                                          Minneapolis, MN 55401
                                          Tel:   (612) 339-6900
                                          Fax:   (612) 339-0981
                                          khriebel@locklaw.com
                                          kmbaxter-kauf@locklaw.com
                                          mkberg@locklaw.com

                                          *Local Counsel for Plaintiff John E. Jaunich*

                                          **MILLER SCHIRGER LLC**

                                          /s/ Joseph M. Feierabend
                                          John J. Schirger (admitted *pro hac vice*)
                                          jschirger@millerschirger.com
                                          Matthew W. Lytle (admitted *pro hac vice*)
                                          mlytle@millerschirger.com
                                          Joseph M. Feierabend (admitted *pro hac vice*)
                                          jfeierabend@millerschirger.com
                                          4520 Main Street, Suite 1570
                                          Kansas City, MO  64111
                                          Tel:   (816) 561-6500
                                          Fax:   (816) 561-6501

                                          **STUEVE SIEGEL HANSON LLP**

                                          Norman E. Siegel (admitted *pro hac vice*)
                                          siegel@stuevesiegel.com
                                          Lindsay Todd Perkins (admitted *pro hac vice*)
                                          perkins@stuevesiegel.com
                                          Ethan M. Lange (Tex. Bar No. 24064150)
                                          lange@stuevesiegel.com
                                          460 Nichols Road, Suite 200
                                          Kansas City, MO 64112
                                          Tel:   (816) 714-7100
                                          Fax:   (816) 714-7101

**MORGAN & MORGAN**
John Yanchunis (admitted *pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, FL  33602
Tel: (813) 275-5272
Fax: (813) 222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*