UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 20-cv-1567 (PAM/BRT) |

**INDEX TO EXHIBITS ATTACHED TO
DECLARATION OF SCOTT J. WITT IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Curriculum Vitae of Scott J. Witt, FSA, MAAA |
| B | State Farm Life Insurance Company Form 94030 for John E. Jaunich, bearing a policy number of LF-1451-0691 and policy date of December 7, 1995 |
| C | Annual Statements provided to Jaunich by State Farm (SFLICJ_00207036-207093); dated December 6, 1999; December 6, 2000; December 6, 2001; December 6, 2002; December 6, 2003; December 6, 2004; December 6, 2005; December 6, 2006; December 6, 2007; December 6, 2008; December 5, 2009; December 6, 2010; December 6, 2011; December 6, 2012; December 6, 2013; December 6, 2014; December 5, 2015; December 6, 2016; December 6, 2017; December 6, 2018; and December 6, 2019 [FILED UNDER SEAL] |
| D | Certain Life Insurance Illustration provided to Jaunich by State Farm (SFLICJ_00111647-111652), dated April 22, 2014 [FILED UNDER SEAL] |
| E | Transcript of the deposition of State Farm employee and expert Carl Streily, taken on November 7, 2017 [FILED UNDER SEAL] |
| F | Transcript of the deposition of State Farm's corporate representative Tony Phipps, taken on December 8, 2017 [FILED UNDER SEAL] |
| G | Form 94030 New Jersey Actuarial Memorandum (SFLICJ_00208525-208545; VOGTM00001398PROD-1418PROD) [FILED UNDER SEAL] |

560261.1

| EXHIBIT | DESCRIPTION |
|---|---|
| H | Form 94030 South Carolina Actuarial Memorandum (SFLICJ_00208582-208602; VOGTM00001455PROD-1475PROD) [FILED UNDER SEAL] |
| I | Transcript of the deposition of State Farm's corporate representative Jeff Holzbauer, taken on November 30, 2017 and December 1, 2017 [FILED UNDER SEAL] |
| J | Email re: Mortality Assumption Documentation (SFLICJ_00021318; VOGTM00122308PROD), dated October 4, 2001 [FILED UNDER SEAL] |
| K | Form 94030 2001 COI rate Adjustment Actuarial Memorandum (SFLICJ_0067030-67038; VOGTM00097439-97447) [FILED UNDER SEAL] |
| L | Declaration of Jeff Holzbauer, dated February 28, 2018 [FILED UNDER SEAL] |
| M | Transcript of the deposition of State Farm's employee and corporate representative at trial, Alan "Rusty" Hendren, taken on November 30, 2017 [FILED UNDER SEAL] |
| N | Excerpts from the transcript of the *Vogt* trial (Case No. 16-04170-CV-C-NKL), dated June 5, 2018 |