## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated, | Case No. 20-cv-1567 (PAM/BRT) |
|       Plaintiff, | |
| v. | |
| STATE FARM LIFE INSURANCE COMPANY, | |
|       Defendant. | |

## STATEMENT INSTEAD OF REDACTED DOCUMENTS
## IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to Local Rule 5.6, the Declaration and Report of Scott J. Witt, Exhibits C to M of the Declaration and Report of Scott J. Witt and Exhibit B to the Declaration of John J. Schirger in Support of Plaintiff's Motion for Class Certification [ECF Nos. 56, 58-68, and 70] have been filed under seal because the entirety of the above-referenced documents are confidential and redaction is impracticable.

560277.1

Dated: June 16, 2021                         Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/ Karen Hanson Riebel
Karen Hanson Riebel (MN #0219770)
Kate M. Baxter-Kauf (MN #392037)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel:     (612) 339-6900
Fax:     (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

**MILLER SCHIRGER LLC**

/s/ Joseph M. Feierabend
John J. Schirger (admitted *pro hac vice*)
jschirger@millerschirger.com
Matthew W. Lytle (admitted *pro hac vice*)
mlytle@millerschirger.com
Joseph M. Feierabend (admitted *pro hac vice*)
jfeierabend@millerschirger.com
4520 Main Street, Suite 1570
Kansas City, MO  64111
Tel:     (816) 561-6500
Fax:     (816) 561-6501

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel (admitted *pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (admitted *pro hac vice*)
perkins@stuevesiegel.com
Ethan M. Lange (Tex. Bar No. 24064150)
lange@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel:     (816) 714-7100
Fax:     (816) 714-7101

**MORGAN & MORGAN**
John Yanchunis (admitted *pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, FL  33602
Tel:    (813) 275-5272
Fax:    (813) 222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*