UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 20-cv-1567 (PAM/BRT) |

**DECLARATION OF KAREN HANSON RIEBEL IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION**

I, Karen Hanson Riebel, declare as follows:

1. I am an attorney licensed to practice law and in good standing in the state of Minnesota.

2. I am a partner at the law firm of Lockridge Grindal Nauen P.L.L.P. ("LGN"), with offices in Minneapolis, MN, Washington, D.C. and Bismarck, ND.

3. Along with co-counsel, I am counsel for Plaintiff John Jaunich in the above-captioned case and have personally rendered legal services on his behalf and submit this Declaration in support of Motion for Class Certification.

4. The three LGN attorneys rendering services in this case practice in the area of class action litigation on a full-time basis, and have litigated cases in federal courts across the nation.

560237.2

      a.      **Karen Hanson Riebel**

I obtained a dual-degree (J.D., B.A., *cum laude*) from the Boston University School of Law and the Boston University College of Liberal Arts. I am currently admitted and licensed to practice in the state of Minnesota, as well as before numerous federal district and appellate courts.

I joined LGN in 1992 and I concentrate my practice in the areas of data breach, antitrust, and securities litigation. I have litigated a number of complex class action matters and represented numerous pension funds and other institutional investors in cases involving corporate fraud. Recently I have been on the forefront of international data breach litigations, representing financial institutions against such retailers as Target and Home Depot, and representing consumers against Yahoo and Capital One, among others.

I am currently a member of the Board of Advisors for the Page Education Foundation. I have been named a Minnesota Super Lawyer® from 2015-2020 and one of the Minnesota's Top 50 Women Super Lawyers® from 2017-2020. I am one of five Partners from LGN named by Best Lawyers® to their 2020 Best *Lawyers in America* list.

      b.      **Kate M. Baxter-Kauf**

Kate is a 2011 graduate of the University of Minnesota Law School (J.D., *magna cum laude*, Order of the Coif) and a graduate of Macalester College (B.A., *magna cum laude*). During law school, she served as an Articles Editor for the *Minnesota Law Review*, and as law clerk at the firm from 2009-2011. Thereafter, she served as a law clerk to the Honorable Associate Justices Alan C. Page, Helen M. Meyer, and Christopher J. Dietzen

of the Minnesota Supreme Court during the 2011-2012 Court Term.  Kate was admitted to the bar in 2011 and is admitted to practice before Minnesota state and federal courts.

Kate is a member of the Sedona Conference Working Group 11 on Data Security and Privacy Liability, which aims to both identify and comment on trends in data security and privacy law, in an effort to help organizations prepare for and respond to data breaches, and to assist attorneys and judicial officers in resolving questions of legal liability and damages.  In 2018, Kate was named a *Rising Star by Law360* in the area of Cybersecurity and Privacy, one of only five attorneys in the nation to be listed.  In 2016, she was recognized as an *Up & Coming Attorney* by Minnesota Lawyer magazine.  For each of 2015-2019, she was named one of Minnesota's Rising Stars by Minnesota Law & Politics magazine, and 2015-2018 as a North Star Lawyer by the Minnesota State Bar Association in recognition of her *pro bono* work representing indigent criminal defendants in their appeals before Minnesota state court.

   c.  **Maureen Kane Berg**

Maureen obtained her J.D. from the University of Chicago School of Law.  She clerked for the Honorable E. Grady Jolly on the U.S. Court of Appeals for the Fifth Circuit.  She was a founding member of the firm Whatley Drake, LLC in Birmingham, AL, where she tried many cases before in the Northern District of Alabama and argued several cases before the U.S. Court of Appeals for the Eleventh Circuit.  She is currently admitted and licensed to practice in the States of Minnesota and Illinois, as well as before the United States District Courts for the District of Minnesota and Northern District of Illinois.

Maureen joined LGN in 2019 and focuses her practice in the areas of data breach and antitrust litigation.

5. For almost 43 years, LGN has served clients throughout the Midwest and in Washington, D.C.  Our attorneys and lobbyists have extensive experience in local, state, and federal government relations as well as antitrust, business, campaign finance, consumer, data breach, governmental, health care, employment, environmental, ERISA, intellectual property, real estate, securities and tribal law and litigation.  Our firm represents clients of all shapes and sizes, taking the time to understand each client's goals and aspirations before tailoring our representation to meet their individual needs, whether they be in the courtroom, the halls of Congress, city hall, or in their state capitol.  Our clients include local and tribal governments, health care professionals and organizations, real estate developers, energy companies, telecommunications providers, casualty insurers, trade and industry associations, health and pension funds, unions, and issue-based coalitions.

6. Further examples of my firm's experience, along with brief resumes of the attorneys rendering services in this case, are included in the firm resume attached hereto as Exhibit 1.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Executed on June 16, 2021, at Minneapolis, Minnesota.

s/Karen Hanson Riebel<br>Karen Hanson Riebel