# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 20-1567 (PAM/BRT)<br><br>**STIPULATION RE MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |

The parties hereby stipulate that the Court should modify the Amended Scheduling Order (Dkt. 37, 47), to (1) extend the date by which State Farm Life Insurance Company must file its response brief to a motion for class certification (including class certification expert disclosures) by 10 days, from July 26, 2021 to August 5, 2021; and (2) extend the date by which Plaintiff must file his reply brief in support of his motion for class certification (including class rebuttal certification expert disclosure) by 7 days, from September 7, 2021 to September 14, 2021. These deadlines have been amended once, previously. (Dkt. 47).

Per Local Rule 16.3, good cause exists for the proposed modification. Specifically, State Farm sought to depose Plaintiff, in person, on June 22, 2021. Plaintiff informed State Farm that he would be available on June 28, 2021, and State Farm noticed the deposition for that date. Thereafter, Plaintiff indicated that he would be out of town and unavailable

until July 6, 2021. Subsequently, after State Farm agreed to move the deposition to July 6, Plaintiff indicated he would not be available until July 7. Due to a conflict on July 7, involving State Farm's counsel, the Parties have agreed to move the deposition to July 9, 2021.

In light of the moved deposition, counsel have conferred cooperatively and agreed to the slight modification of the schedule, as set forth herein. No deadlines, except for those referenced in this stipulation, will be impacted by this stipulated modification, and the proposed deadlines satisfy the requirements set forth in the Court's Order on Dispositive Motions (Dkt. 15).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 25, 2021                    Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/Karen Hanson Riebel*
Karen Hanson Riebel (MN # 0219770)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55418
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

**MILLER SCHIRGER LLC**

*/s/ Joseph M. Feierabend*
John J. Schirger, MO # 60583 (*pro hac vice*)
Matthew W. Lytle, MO #59145 (*pro hac vice*)
Joseph M. Feierabend, MO #62563 (*pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone:   (816) 561-6500
Facsimile:    (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682 (*pro hac vice*)
Ethan Lange, MO # 67857 (*pro hac vice*)
Lindsay Todd Perkins, MO # 60004 (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   816-714-7100
Facsimile:    816-714-7101
siegel@stuevesiegel.com
lange@stuevesiegel.com
perkins@stuevesiegel.com

**MORGAN & MORGAN**
John Yanchunis FL # 324681 (*pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   813-275-5272
Facsimile:    813-222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*

        */s/ Todd A. Noteboom*
Todd A. Noteboom (#0240047)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
Facsimile: 612.335.1657
E-mail: todd.noteboom@stinson.com

Jeremy A. Root
Admitted pro hac vice
STINSON LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: 573.556.3609
Facsimile: 573.556.3635
Email: jeremy.root@stinson.com

*Attorneys for Defendant State Farm Life Insurance Company*