# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated, | Civ. No. 20-1567 (PAM/BRT) |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |
| v. | |
| State Farm Life Insurance Company, | |
| Defendant. | |

This matter is before the Court on the Parties' Stipulation re: Modification of Class Certification Briefing Schedule (ECF Doc. No. 75).

Upon the Stipulation of the parties, IT IS THEREFORE ORDERED that the Stipulation Re: Modification of Class Certification Briefing Schedule (ECF Dkt. XX) is hereby entered. The date by which State Farm Life Insurance Company must file its response brief to a motion for class certification (including class certification expert disclosures) is extended to August 5, 2021. The date by which Plaintiff must file his reply brief in support of his motion for class certification (including class rebuttal certification expert disclosure) is extended September 14, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____     _____
                                Honorable Becky R. Thorson
                                United States Magistrate Judge

CORE/9990000.1021/167830735.1