**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John E. Jaunich, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Life Insurance Company,<br><br>Defendant. | Civ. No. 20-1567 (PAM/BRT)<br><br>**ORDER ON STIPULATION RE: MODIFICATION OF CLASS CERTIFICATION BRIEFING SCHEDULE** |

This matter is before the Court on the Parties' Stipulation re: Modification of Class Certification Briefing Schedule (Doc. No. 75).

IT IS HEREBY ORDERED that the Stipulation the date by which State Farm Life Insurance Company must file its response brief to a motion for class certification (including class certification expert disclosures) is extended to **August 5, 2021**. The date by which Plaintiff must file his reply brief in support of his motion for class certification (including class rebuttal certification expert disclosure) is extended **September 14, 2021**.

Dated:  June 28, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge

CORE/9990000.1021/167830735.1