UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John E. Jaunich,            Civ. No. 20-1567 (PAM/BRT)

           Plaintiff,

v.            **ORDER**

State Farm Life Insurance Company,

           Defendant.

---

This matter is before the Court on Defendant's request to file a summary-judgment motion before the end of the discovery period. Defendant seeks the Court's permission to file a summary-judgment motion in conjunction with a Daubert motion, contending that doing so will assist the Court in efficiently resolving this matter. The Court finds that Defendant's request to consider its summary-judgment and Daubert motions at the same time as Plaintiff's motion for class certification is reasonable. (See Docket No. 51.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's request to file a summary-judgment motion is **GRANTED**; and Defendant may file a summary-judgment motion before the discovery deadline in this matter; and

2. As discovery remains ongoing, Plaintiff may serve a deposition notice on Defendant.

Dated: Wednesday, July 28, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge