# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN E. JAUNICH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 20-1567 (PAM/BRT) |

## NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT TESTIMONY

**PLEASE TAKE NOTICE** that Plaintiff John E. Jaunich, on behalf of the certified class, will bring his motion for summary judgment and motion to exclude expert testimony for hearing before the Honorable Paul A. Magnuson, United States District Judge, District of Minnesota, on May 24, 2022 at 10:00 a.m. At the direction of the Court, the hearing will be in-person or via Zoom.

Dated: February 7, 2022 Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

*/s/ Kate M. Baxter-Kauf*
Karen Hanson Riebel (MN # 0219770)
Kate M. Baxter-Kauf (MN #392037)
Maureen Kane Berg (MN #033344X)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55418
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com
mkberg@locklaw.com

*Local Counsel for Plaintiff John E. Jaunich*

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, MO # 37682 (*pro hac vice*)
Ethan Lange, MO # 67857 (*pro hac vice*)
Lindsay Todd Perkins, MO # 60004 (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
siegel@stuevesiegel.com
lange@stuevesiegel.com
perkins@stuevesiegel.com

**MILLER SCHIRGER LLC**
John J. Schirger, MO # 60583 (*pro hac vice*)
Matthew W. Lytle, MO #59145 (*pro hac vice*)
Joseph M. Feierabend, MO #62563 (*pro hac vice*)
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
jschirger@millerschirger.com
mlytle@millerschirger.com
jfeierabend@millerschirger.com

**MORGAN & MORGAN**
John Yanchunis FL # 324681 (*pro hac vice*)
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone:   813-275-5272
Facsimile:   813-222-4736
JYanchunis@ForThePeople.com

*Attorneys for Plaintiff John E. Jaunich*