# UNITED STATES DISTRICT COURT
## District of Minnesota

John E. Jaunich,

           Plaintiff,

v.

State Farm Life Insurance Company,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-1567 (PAM/JFD)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The joint Motion to Dismiss (Docket No. 254) is **GRANTED**; and

2. This matter is **DISMISSED with prejudice**, with each party to bear their own costs and expenses, except as provided in any agreement between them.

Date: 5/31/2023

KATE M. FOGARTY, CLERK